**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1929**

_____

LARRY J. HUNTER,

Plaintiff - Appellant,

versus

JIM LEE,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-03-282-H-3)

_____

Submitted: September 30, 2003      Decided: October 7, 2003

_____

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry J. Hunter, Appellant Pro Se. Patricia Lee Holland, Norwood Pitt Blanchard, III, CRANFILL, SUMNER & HARTZOG, L.L.P., Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry J. Hunter appeals the district court's order dismissing for lack of subject matter jurisdiction his complaint in which he alleged employment discrimination under Title VII of the Civil Rights Act of 1964. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Hunter v. Lee</u>, No. CA-03-282-H-3 (E.D.N.C. July 16, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>